UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEAGRAIN LLC,

                  Plaintiff,

-v-

AMNAH ABDLRAZAK HAMADA and IMAN
MOHAMMAD GENDE aka "IMAN
MOHAMMAD JENDE", YAMAK SHIPPING,
YAMAK MARINE TRANSPORT, YAMAK
SHIPPING COMPANY, YAMAK
SHIPMANAGEMENT,

                  Defendants.
------------------------------------------------------------x

JUDGE SCHEINDLIN



08 CV 1211

**STATEMENT PURSUANT
TO F.R.C.P 7.1**

*[RECEIVED stamp: FEB 05 2008, U.S.D.C. S.D.N.Y. CASHIERS]*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, SEAGRAIN LLC, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       February __, 2008

                            CHALOS, O'CONNOR & DUFFY, L.L.P.
                            Attorneys for Plaintiff
                            SEAGRAIN LLC

          By: _____
                  George M. Chalos (GC-8693)
                  366 Main Street
                  Port Washington, New York 11050
                  Tel: (516) 767-3600
                  Fax: (516) 767-3605
                  Email: gmc@codus-law.com