

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

SEAGRAIN LLC,

                              Plaintiff,

-v-


AMNAH ABDLRAZAK HAMADA and IMAN
MOHAMMAD GENDE aka "IMAN
MOHAMMAD JENDE", YAMAK SHIPPING,
YAMAK MARINE TRANSPORT, YAMAK
SHIPPING COMPANY, YAMAK
SHIPMANAGEMENT,

                              Defendants.

--------------------------------------------------------x

08 CV 1211

08 CV

**ORDER APPOINTING A**
**SPECIAL PROCESS SERVER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

         An application having been made by Plaintiff for an Order Appointing a Special Process

Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

         NOW, on reading and filing the declaration of George M. Chalos, Esq., sworn to the *6*

day of February, 2008, and good cause having been shown, it is hereby

         **ORDERED**, that any associate, agent or paralegal of CHALOS, O'CONNOR & DUFFY,

L.L.P., who is over the age of 18 and is not a party to this action, be and is hereby appointed, in

addition to the United States Marshal, to serve the Process of Maritime Attachment and

Garnishment and Verified Complaint upon garnishee(s) listed in the Order, together with any

other garnishee(s) who, based upon information developed subsequent hereto by the plaintiff,

may hold assets for or on account of the defendants; and,

         **IT IS FURTHER ORDERED**, that in order to avoid the need to repetitively serve the

garnishee(s)/banking institutions continuously throughout the day, any copy of the Process of

Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed

effective and continuous throughout any given day.

Dated: New York, New York
       February __, 2008

                                        SO ORDERED,


                                        _____
                                        U.S.D.J.