CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SEAGRAIN LLC,

                          Plaintiff,                :        **08-CV-1211**

                    v.                              :        **NOTICE OF**
                                                    :        **APPEARANCE**

AMNAH ABDLRAZAK HAMADA and IMAN     :
MOHAMMAD GENDE aka "IMAN            :
MOHAMMAD JENDE", YAMAK SHIPPING,    :
YAMAK MARINE TRANSPORT, YAMAK       :
SHIPPING COMPANY, YAMAK             :
SHIPMANAGEMENT,                     :
                          Defendants.               :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

         Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 26, 2008

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch

                          By:           _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ 07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201
                                        Email: reisert@navlaw.com