# CHALOS, O'CONNOR & DUFFY
## ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos**^
Owen F. Duffy
Leroy S. Corsa
Timothy Semenoro*
Brinn T. McCarthy
George E. Murray

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

\* Admitted in NY & NJ
\*\* Admitted in USDC-SD Tx & ED Tx
^ Admitted in USDC-CT


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

George M. Chalos
Partner
gmc@codus-law.com

March 14, 2008

*Via Telefax*

Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007
**Telefax Number: (212) 805-7920**

Re:  Seagrain LLC v. Amnah Abdlrazak Hamada, et al.
     08 CV 1211 (SAS)
     CO&D Ref: 500483.0001

Dear Judge Scheindlin:

    We are the attorneys for the Plaintiff, Seagrain LLC in the above referenced matter, and write to respectfully request a sixty-day (60) adjournment of the upcoming Initial Pre-Trial Conference. The Conference is presently scheduled to proceed on Friday, March 21, 2008 at 4:30 p.m. We have not previously requested any adjournments in this matter. This is a Rule B maritime attachment matter, and to date we have not yet attached any funds belonging to the Defendants as per the Order of Maritime Attachment and Garnishment issued by Your Honor on February 6, 2008. To date, we have not yet effected service upon the Defendants, Amnah Abdlrazak Hamada, Iman Mohammad Gende (aka Iman Mohammad Jende), Yamak Shipping, Yamak Marine Transport, Yamak Shipping Company, and Yamak Shipmanagement as the Defendants are located abroad. As such, and in the interest of judicial economy, we respectfully request a sixty-day (60) adjournment of this Conference.

    In advance, thanking the Court for its time and consideration, we remain,

Respectfully yours,

CHALOS, O'CONNOR & DUFFY

*[signature]*

George M. Chalos

GMC/ajw

CHALOS, O'CONNOR & DUFFY LLP

*[Handwritten annotation:]* Request granted. Conference adjourned to May 21 at 4:30 p.m. So Ordered. *[signature]* USDJ 3/14/08