Scheindlin, J

4/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SEAGRAIN LLC

                        Plaintiff,                      08 CV 1211 (SAS)

-v-

                                                 **NOTICE OF VOLUNTARY**
AMNAHABDLRAZAK HAMADA and IMAN      **DISMISSAL AND ORDER**
MOHAMMAD GENDE aka "IMAN
MOHAMMAD JENDE", YAMAK SHIPPING,
YAMAK MARINE TRANSPORT, YAMAK
SHIPPING COMPANY, YAMAK
SHIPMANAGEMENT.,

                        Defendants.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, SEAGRAIN LLC., as to defendants, AMNAHABDLRAZAK HAMADA and IMAN MOHAMMAD GENDE aka "IMAN MOHAMMAD JENDE", YAMAK SHIPPING, YAMAK MARINE TRANSPORT, YAMAK SHIPPING COMPANY, YAMAK SHIPMANAGEMENT, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       April 29, 2008

                                     CHALOS, O'CONNOR & DUFFY, LLP
                                     Attorneys for Plaintiff
                                     SEAGRAIN LLC.

                    By: _____
                           George M. Chalos (GC-8693)
                           366 Main Street
                           Port Washington, New York 11050
                           Tel:   (516) 767-3600
                           Fax:  (516) 767-3605
SO ORDERED:                  Email: gmc@codus-law.com

_____  4/30/08
Hon. Shira A. Scheindlin, U.S.D.J.